**Grover DRUMMOND, Plaintiff–
Appellant,**

v.

**The State of MARYLAND,
Defendant–Appellee.**

No. 02–2434.

United States Court of Appeals,
Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

Grover Drummond, Appellant pro se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Grover Drummond appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Drummond v. Maryland,* No. CA-02-3686-S (D.Md. Nov. 18, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*